**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON DIVISION**

**DANNY HATFIELD,**
**MARTHA BROWNING.**
**BONNIE BREEDING RUNYON,**
**SHEILA MILLER,**
**CHRIS COHENOUR,**
**TINA COHENOUR,**
**JARED CALLOWAY,**
**STEWART JOHNSON,**
**JOSHUA VANCE, and**
**BILL GILKERSON,**

　　　　**Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 3:25-cv-00714**

**TRANSGAS DEVELOPMENT SYSTEMS, LLC,**
**U.S. ARMY CORPS OF ENGINEERS – Huntington District,**
**U.S. FISH & WILDLIFE SERVICE, and**
**FEDERAL ENERGY REGULATORY COMMISSION,**

　　　　**Defendants.**

**DEFENDANT TRANSGAS DEVELOPMENT SYSTEMS, LLC'S MOTION TO DISMISS**
**PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND (6)**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), Defendant TransGas

Development Systems, LLC ("TransGas") respectfully requests this Court dismiss the Plaintiffs'

Complaint for Declaratory and Injunctive Relief ("the Complaint" or ECF 1) with prejudice for

failure to state a claim upon which relief may be granted.

The Plaintiffs assert statutory claims against TransGas based upon the Endangered Species

Act and § 404 of the federal Clean Water Act that warrant dismissal because the Plaintiffs fail to

plead sufficient facts in their Complaint to support claims brought pursuant to either of those

statutes. Simply put, neither apply in this matter.

1

In further support of this Motion, TransGas incorporates herein by reference as if fully stated herein the factual and legal arguments contained in its contemporaneously-filed Memorandum of Law in Support.

Wherefore, based on the foregoing, and the factual and legal arguments contained in TransGas' Memorandum of Law in Support, and for such other and further good cause as is known to the Court, TransGas requests that the Court dismiss Counts One and Two of the Plaintiffs' Complaint, with prejudice, as against TransGas Development Systems, LLC.

Dated: January 15, 2026.

**DEFENDANT TRANSGAS DEVELOPMENT SYSTEMS, LLC**
**By counsel,**

/s/ Jason Wandling
Jason Wandling (WVSB 9259)
David L. Yaussy (WVSB INSERT)
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East
Charleston, West Virginia 25301
Office: 304-340-3857
Mobile: 304-553-1405
jwandling@spilmanlaw.com
dyaussy@spilmanlaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON DIVISION**

**DANNY HATFIELD,**
**MARTHA BROWNING.**
**BONNIE BREEDING RUNYON,**
**SHEILA MILLER,**
**CHRIS COHENOUR,**
**TINA COHENOUR,**
**JARED CALLOWAY,**
**STEWART JOHNSON,**
**JOSHUA VANCE, and**
**BILL GILKERSON,**

   **Plaintiffs,**

**v.**                **CIVIL ACTION NO. 3:25-cv-00714**

**TRANSGAS DEVELOPMENT SYSTEMS, LLC,**
**U.S. ARMY CORPS OF ENGINEERS – Huntington District,**
**U.S. FISH & WILDLIFE SERVICE, and**
**FEDERAL ENERGY REGULATORY COMMISSION,**

   **Defendants.**

**CERTIFICATE OF SERVICE**

I certify that on this 15th day of January 2026, I served "DEFENDANT TRANSGAS DEVELOPMENT SYSTEMS, LLC'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) and (6)" using the Court's CM/ECF system, which will automatically notify all parties or counsel of record, and emailed this document to Plaintiff's email address of record at:

  Stephen P. New (WVSB 7756)
  Stephen P. New & Associates
  430 Harper Park Dr.
  P.O. Box 5516
  Beckley, WV 25801
  Phone: 304-250-6017
  Fax: 304-250-6012
  Email: steve@newlawoffice.com

/s/ Jason Wandling
Jason Wandling (WVSB 9259)