**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

DANNY HATFIELD, MARTHA
BROWNING, SHEILA MILLER, CHRIS
COHENOUR, TINA COHENOUR, JARED
CALLOWAY, STEWART JOHNSON,
JOSHUA VANCE, and BILL GILKERSON,

    Plaintiffs,

  v.                Civil Action No. 3:25-0714

UNITED STATES ARMY CORPS OF
ENGINEERS – HUNTINGTON DISTRICT,
UNITED STATES FISH AND WILDLIFE
SERVICE, and FEDERAL ENERGY
REGULATORY COMMISSION,

    Defendants.

## FEDERAL DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(b)(5), and for the reasons set forth in their accompanying memorandum, Federal Defendants the United States Army Corps of Engineers, the United States Fish and Wildlife Service, and the Federal Energy Regulatory Commission (collectively, "Federal Defendants") respectfully move to dismiss the claims asserted by Plaintiffs in this action.

Dated: May 26, 2026       Respectfully Submitted,

              ADAM R.F. GUSTAFSON
              Principal Deputy Assistant Attorney General

              */s/ Christine Ennis*
              Christine W. Ennis

              */s/ Robert Williams*
              Robert Williams

1

UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-7342 (Ennis)
(202) 353-5540 (Williams)
christine.ennis@usdoj.gov
robert.p.williams@usdoj.gov

MOORE CAPITO
United States Attorney

*/s/ Jason S. Bailey*
Assistant United States Attorney
W. Va. Bar No. 13582
United States Attorney's Office
300 Virginia Street, East, Room 4000
Charleston, WV 25301
(304) 345-2200
(304) 347-5443 (fax)
jason.bailey2@usdoj.gov

*Counsel for Federal Defendants*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### HUNTINGTON DIVISION

DANNY HATFIELD, MARTHA
BROWNING, SHEILA MILLER, CHRIS
COHENOUR, TINA COHENOUR, JARED
CALLOWAY, STEWART JOHNSON,
JOSHUA VANCE, and BILL GILKERSON,

        Plaintiffs,

        v.                                Civil Action No. 3:25-0714

UNITED STATES ARMY CORPS OF
ENGINEERS – HUNTINGTON DISTRICT,
UNITED STATES FISH AND WILDLIFE
SERVICE, and FEDERAL ENERGY
REGULATORY COMMISSION,

        Defendants.

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2026, I electronically filed the foregoing "FEDERAL DEFENDANTS' MOTION TO DISMISS," using the CM/ECF system, which will notify all counsel of record.

                        */s/ Jason S. Bailey*
                        Assistant United States Attorney