IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

DANNY HATFIELD, MARTHA BROWNING,
BONNIE BREEDING RUNYON,
SHEILA MILLER, CHRIS COHENOUR,
TINA COHENOUR, JARED CALLOWAY,
STEWART JOHNSON, JOSHUA VANCE, and
BILL GILKERSON.

          Plaintiffs,

      v.                            CIVIL ACTION NO. 3:25-0714

 [U.S. ARMY CORPS OF ENGINEERS –
Huntington District]; [U.S. FISH &
WILDLIFE SERVICE]; [FEDERAL ENERGY
REGULATORY COMMISSION].

          Defendants.

## **NOTICE OF COMPLETED SERVICE ON THE ATTORNEY GENERAL OF THE**

## **UNITED STATES**

Plaintiffs hereby provide notice that service upon the Attorney General of the United States

has been completed. On March 24, 2026, Plaintiffs sent the Summons and Complaint to the

Attorney General of the United States via certified mail, addressed to:

U.S. Department of Justice
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

In response to the Court's prior Order to Show Cause, Plaintiffs previously filed proof of the certified mailing and USPS tracking information. At the time of that filing, the USPS tracking record reflected that the mailing was still in transit.

The USPS tracking record now reflects that the certified mailing was delivered and picked up in Washington, D.C. on April 16, 2026. A copy of the updated USPS delivery confirmation is attached hereto as Exhibit A. Plaintiffs also attach the certified-mail receipt and return receipt documentation as Exhibit B.

Plaintiffs respectfully submit this Notice to supplement the record regarding completed service on the Attorney General pursuant to Rule 4(i) of the Federal Rules of Civil Procedure.

Date: May 29, 2026

Respectfully submitted,

PLAINTIFFS

By Counsel

/s/ Stephen P. New
Stephen P. New (WVSB #7756)
STEPHEN P. NEW & ASSOCIATES
430 Harper Park Drive
P.O. Box 5516
Beckley, WV 25801
Telephone: (304) 250-6017
Facsimile: (304) 250-6012
steve@newlawoffice.com

**CERTIFICATE OF SERVICE**

I certify that on May 29, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Stephen P. New*
Stephen P. New (WVSB #7756)